UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| ANGELA WAHAB, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : : : : |
| Plaintiffs, | : : |
| -against- | : : : |
| UV SKINZ, INC., | : : |
| Defendant. | : |

1:24-cv-01559 (ALC)

**ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file a joint status report by January 14, 2025.

**SO ORDERED.**

**Dated: December 30, 2024**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**